UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-454-MWF(JCx)**                                    Dated: **February 28, 2017**

Title:     Louis Morales, et al. -v- JPMorgan Chase Bank, N.A., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                    None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Notice of Settlement filed February 27, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 27, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk   __jloz__
CIVIL - GEN